UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DAVID GILBERT SAFFRON, AKA David Gilbert,<br><br>        Defendant - Appellant,<br><br> and<br><br>CIRCLE SOCIETY, CORP.,<br><br>        Defendant. | No. 21-15952<br><br>D.C. No. 2:19-cv-01697-JAD-DJA<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |
| U.S. COMMODITY FUTURES TRADING COMMISION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DAVID GILBERT SAFFRON, AKA David Gilbert,<br><br>        Defendant - Appellant,<br><br> and | No. 22-15571<br><br>D.C. No. 2:19-cv-01697-JAD-DJA<br>U.S. District Court for Nevada, Las Vegas |

CIRCLE SOCIETY, CORP.,

        Defendant.

The judgment of this Court, entered January 27, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7